AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 1551**

SUMMONS IN A CIVIL CASE

Eboni Winsley, and all other Plaintiffs similarly situated, known and unknown,

V.

Hudson News Company

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Hudson News Company
c/o C T Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montanez*
(By) DEPUTY CLERK

**March 17, 2008**
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Eboni Winsley, and all other Plaintiff's similarly situated, known and unknown<br><br>vs.<br><br>Hudson News Company | Case Number   08 C 1551 |

### AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 18 day of March, 2008, at 02:40 PM at 208 S. LaSalle St. #814, Chicago, IL 60604, did serve the following document(s):

**Summons and Complaint with Exhibit (Notice Of Consent)**

Upon:   **Hudson News Company c/o CT Corp. System, Registered Agent**

By:   ☑ Personally serving to:   Dawn Schulz-Process Clerk

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 208 S. LaSalle St. #814, Chicago, IL 60604 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **45** |
|---|---|---|---|---|---|---|
| | Height | **5'4** | Weight | **200** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101