U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 1551
EBONI WINSLEY, and all other Plaintiffs
similarly situated, known and unknown, Plaintiffs,
v.
HUDSON NEWS COMPANY, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HUDSON NEWS COMPANY, Defendant.

| |
|---|
| NAME (Type or print)<br>Steven R. Gilford |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Steven R. Gilford |
| FIRM |
| STREET ADDRESS<br>71 S. Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, IL 60606-4637 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3121730 | TELEPHONE NUMBER<br>312-782-0600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |
|---|