# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

EBONI WINSLEY, and all other Plaintiffs similarly situated, known and unknown, Plaintiffs,
v.
HUDSON NEWS COMPANY, Defendant.

Case Number: 08 C 1551

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HUDSON NEWS COMPANY, Defendant.

| | |
|---|---|
| NAME (Type or print) <br> Paul L. Langer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul L. Langer | |
| FIRM | |
| STREET ADDRESS <br> 71 S. Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-4637 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6189216 | TELEPHONE NUMBER <br> 312-782-0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |