IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EBONI WINSLEY, and all other Plaintiffs similarly situated, known and unknown,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>HUDSON NEWS COMPANY,  )<br>)<br>Defendant.  ) | No. 08 C 1551<br><br>Judge Darrah<br>Magistrate Judge Ashman |

**DEFENDANT HUDSON NEWS COMPANY'S AGREED
MOTION FOR EXTENSION OF TIME TO ANSWER,
<u>MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, Hudson News Company ("Hudson"), through its attorneys, respectfully moves to extend Hudson's time to answer, move, or otherwise respond to Plaintiff's Complaint. In support of this motion, Hudson states as follows:

1. Hudson was served with the Summons and Complaint on March 18, 2008.

2. Under Federal Rule of Civil Procedure 81(c), Hudsons' response to the Complaint is due on Monday, April 7, 2008.

3. Counsel is requesting the extension in order to undertake the factual investigation necessary to properly respond to the Complaint.

4. Counsel for Hudson has conferred with counsel for Plaintiffs, and counsel for Plaintiffs have no objection to extending Hudson's time to answer, move or otherwise respond to the Complaint until May 15, 2008.

5. The requested extension of time is reasonable, is not made for the purpose of delay, and would not be prejudicial to the Plaintiffs.

WHEREFORE, Hudson respectfully requests that the Court grant its Motion for Extension of Time to Answer, Move, or Otherwise Respond to the Complaint and enter an order setting May 15, 2008 as the deadline for responding to Plaintiff's Complaint.

Dated: April, 4, 2008                             Respectfully submitted,

                                                  HUDSON NEWS COMPANY


                                                  By: /s/ Paul L. Langer
                                                         One of its attorneys


Steven R. Gilford
Paul L. Langer
Marc E. Rosenthal
71 S. Wacker Drive
Chicago, Illinois  60606-4637
(312) 782-0600

## CERTIFICATE OF SERVICE

I, Paul L. Langer, an attorney, hereby certify that a true and correct copy of the foregoing **DEFENDANT, HUDSON NEWS COMPANY'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** was served on the following counsel of record via electronic delivery on April 4, 2008.

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
180 N. Stetson Avenue, Ste. 3150
Chicago, Illinois  60601

Respectfully submitted,

By: /s/ Paul L. Langer
Attorney for Defendant Hudson News Company

Dated:  April 4, 2008