IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EBONI WINSLEY, and all other Plaintiffs similarly situated, known and unknown, ) ) ) Plaintiffs, ) ) v. ) ) HUDSON NEWS COMPANY, ) ) Defendant. ) | No. 08 C 1551 Judge Darrah Magistrate Judge Ashman |

## NOTICE OF MOTION

To:  Alejandro Caffarelli
     Caffarelli & Siegel Ltd.
     180 N. Stetson Avenue, Ste. 3150
     Chicago, Illinois  60601

PLEASE TAKE NOTICE that on the 10th day of April, 2008 at 9:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Darrah, in Courtroom 1203 of the Everett McKinley Dirksen Building located at 219 South Dearborn Street in Chicago, Illinois, and then and there present the attached motion, copies of which are hereby served upon you.

                                            /s/ Paul L. Langer

Steven R. Gilford
Paul L. Langer
Marc E. Rosenthal
71 S. Wacker Drive
Chicago, Illinois  60606-4637
(312) 782-0600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under oath, that the above notice and documents were served upon all parties of record herein on this 4th day of April, 2008, via this Court's electronic case filing (ECF) notice.

                                            /s/ Paul L. Langer