IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EBONI WINSLEY, and all other Plaintiffs similarly situated, known and unknown, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1551 |
| HUDSON NEWS COMPANY, | ) ) | Judge Darrah Magistrate Judge Ashman |
| Defendant. | ) | |

## LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Defendant Hudson News Company by and through its attorneys, discloses the following:

1. The full name of the nongovernmental corporate party:

    Hudson News Company.

2. Identification of all its parent corporations:

    Hudson News Company does business as Hudson Group

3. Identification of any publicly held corporation that owns 10% or more of the corporate party's stock:

    Unknown at this time – investigation continues.

Dated:  April, 4, 2008                    Respectfully submitted,

                                          HUDSON NEWS COMPANY


                                          By: /s/ Paul L. Langer
                                              One of its attorneys

Steven R. Gilford
Paul L. Langer
Marc E. Rosenthal
71 S. Wacker Drive
Chicago, Illinois  60606-4637
(312) 782-0600

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2008, he caused a copy of the

NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT to be delivered via the

Northern District of Illinois Electronic Filing System to.

    Alejandro Caffarelli
    Caffarelli & Siegel Ltd.
    180 N. Stetson Avenue, Ste. 3150
    Chicago, Illinois  60601

                                                  /s/ Paul L. Langer
                                                Paul L. Langer

Dated:  April 4, 2008