## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1551 | **DATE** | April 8, 2008 |
| **CASE TITLE** | Winsley v. Hudson News Co. | | |

**DOCKET ENTRY TEXT:**

Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead [13], [14] is granted. Responsive pleadings are to be filed on or before May 15, 2008.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|