

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1551 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Eboni Winsley vs. Hudson News Company | | |

**DOCKET ENTRY TEXT**

Enter Stipulation and Order of Dismissal of all Claims. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

2008 AUG -6 AM 4:52

FILED

U.S. DISTRICT COURT
CLERK