UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EBONI WINSLEY, and all other Plaintiffs similarly situated, known and unknown, | ) ) ) ) |
| Plaintiffs, | ) No. 08 C 1551 ) ) Judge Darrah |
| v. | ) Magistrate Judge Ashman ) |
| HUDSON NEWS COMPANY, | ) ) ) |
| Defendant. | ) |

### STIPULATION & ORDER OF DISMISSAL OF ALL CLAIMS

Plaintiff Eboni Winsley, by and through her attorneys, Caffarelli & Siegel Ltd., and Defendant Hudson News Company, by and through its attorneys, hereby stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims in the above-captioned lawsuit be dismissed, with prejudice, with all parties to bear their own fees and costs.

Date: July 16, 2008

**FOR PLAINTIFF**

/s/ Alejandro Caffarelli
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601
Tel. (312) 540-1230

**FOR DEFENDANT**

/s/ Gregory I. Rasin
Gregory I. Rasin*
Steven D. Hurd*
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
grasin@proskauer.com

and

Paul L. Langer
Marc E. Rosenthal
222 South Riverside Plaza, 29th Floor
Chicago, IL 60606-5808
(312) 962-3520

ATTORNEYS FOR DEFENDANT
*admitted pro hac vice

SO ORDERED:

_____
U.S.D.J.

Dated: 8-5-08